UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WICUE USA, INC, <br> a California Corporation, <br><br> Plaintiff, <br> V. <br><br> THE PARTNERSHIPS and <br> UNINCORPORATED ASSOCIATIONS <br> IDENTIFIED ON SCHEDULE A <br> a Foreign Entity <br><br> Defendants | Case No. 1:24-cv-9029 <br><br> Judge: Andrea R. Wood <br><br> Magistrate Judge Keri L. Holleb Hotaling |

## REQUEST TO AMEND EX PARTE MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND OTHER RELIEF WITHDRAWING REQUEST FOR TEMPORARY ASSET RESTRAINT

PLEASE TAKE NOTICE that Plaintiff WICUE USA, INC. ("Plaintiff") hereby withdraws its request for entry of a temporary asset restraint against the Defendants identified on Schedule A associated with its *Ex-Parte* Motion for Entry of a Temporary Restraining Order filed on September 26, 2024 ("the Motion") [10]. Plaintiff maintains the other requests for relief made in the Motion, including for a Temporary Restraining Order, for Expedited Discovery, for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3), and for Leave to File Under Seal. Plaintiff respectfully submits that the other requests for relief pending before the Court are amenable to favorable decision as set forth in the moving papers.

Case: 1:24-cv-09029 Document #: 28 Filed: 04/16/25 Page 2 of 2 PageID #:716

-2-

Respectfully submitted on this 16th day of April 2025

  /s/ Michael A DiNardo_____

Michael A DiNardo, Esq.
Email: mdinardo@yklaw.us
Faye YiFei Deng
Email: fdeng@yklaw.us
YK Law, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Tel: (213) 401-0970
Fax: (213) 529-3044