# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Wicue USA, Inc.

                                      Plaintiff,

v.                                           Case No.:
1:24–cv–09029

Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 29, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's request to amend ex parte motion for entry of temporary restraining order and other relief withdrawing request for temporary asset restraint [28] is granted. With that modification, Plaintiff's ex parte motion for entry of a temporary restraining order, including a temporary injunction, a temporary asset restraint, expedited discovery, and alternative service [10] is granted. Enter Sealed Temporary Restraining Order. Plaintiff's motions for leave to file under seal [4] and [9] are also granted. The Clerk is directed to maintain the following documents under seal until further order of this Court: (1) Schedule A to the complaint [5], (2) Exhibit A to the complaint [6], (3) Exhibit B to the complaint [7], (4) Exhibit C to the complaint [8], (4) Plaintiff's motion for temporary restraining order and order relief [10], [11], and (5) the Declaration of Fengbo Li [12]. The Temporary Restraining Order shall be maintained under seal until further order of the Court. The Temporary Restraining Order is entered effective 8:00 a.m. on 9/29/2025 and shall expire in fourteen (14) days. It is further ordered that Plaintiff shall deposit with the Court ten thousand dollars ($10,000.00) as security, determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder. Telephonic status hearing set for 10/10/2025 at 9:15 AM. The call–in number is (650) 479–3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.