UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WICUE USA, INC, a California Corporation, <br><br> Plaintiff, <br> V. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A a Foreign Entity <br><br> Defendants | Case No. 1:24-cv-09029 <br><br> Judge Andrea R. Wood <br><br> Magistrate Judge Keri L. Holleb Hotaling |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION
TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own order, Plaintiff WICUE USA, INC ("Plaintiff"), by its counsel, seeks to extend the Temporary Restraining Order granted and entered by the Court on September 29, 2025 (the "TRO") [Dkt. No. 30] for a period of fourteen (14) days until October 27, 2025.

Plaintiff has just received from Amazon the production of data regarding the Defendants' infringing sales and contact information. Plaintiff needs additional time to review the data. Plaintiff has submitted a proposed summons and will serve the Defendants as directed in the TRO once the summons is issued [Dkt. No. 36]. Plaintiff also intends to move for a preliminary injunction order once service of process is completed.

Federal Rules of Civil Procedure rule 65(b)(2) states that a temporary restraining order entered without notice may be extended provided a party can show, prior to expiration of the order, good cause for such an extension. Plaintiff respectfully submits that there is good cause to extend

-2-

the TRO, since there is a high probability that the Defendants will continue to harm Plaintiff without the TRO in place. Specifically, Defendants will likely attempt to keep selling the infringing products, modify the names of their internet stores and registration data and content, change host, redirect traffic to other website in their control. As discussed in Plaintiff's Memorandum in Support of its *Ex Parte* Motion for Entry of a Temporary Restraining Order, and as found by the Court in granting the TRO, this possibility of harm is significant. Accordingly, in the interest of justice, Plaintiff submits that extension of the TRO is necessary. In consideration of the above, Plaintiff respectfully requests that the TRO be extended for a period of fourteen (14) days until October 27, 2025.

Respectfully submitted on this 9th day of October, 2025

/s/ Michael A DiNardo

Michael A DiNardo, Esq.
Email: mdinardo@yklaw.us
Faye YiFei Deng
Email: fdeng@yklaw.us
YK Law, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Tel: (213) 401-0970
Fax: (213) 529-3044