# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WICUE USA, INC, a California Corporation, <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No.: 1:24-cv-9029 <br><br> **Judge Andrea R. Wood** <br><br> **Magistrate Judge Keri L. Holleb Hotaling** |

## NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)

Plaintiff WICUE USA, INC. ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1), dismisses this action as to the following defendant:

| Defendant Name | Defendant No. |
|---|---|
| KTEBO | 12 |

Date: October 15, 2025

Respectfully submitted,

*/s/ Faye Yifei Deng*
Michael A DiNardo
Faye Yifei Deng
YK Law, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Email: mdinardo@yklaw.us
Email: fdeng@yklaw.us
Tel: (213) 401-0970
Fax: (213) 529-3044