UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WICUE USA, INC, a California Corporation,<br><br>Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No.: 1:24-cv-9029<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff WICUE USA, INC. respectfully moves for the entry of a Preliminary Injunction against the Defendants identified in Schedule "A". The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on September 29, 2025. [30]. The Motion is supported by a Memorandum of Law and Declaration of Faye Deng.

Date: October 22, 2025

Respectfully submitted,

/s/ *Faye Yifei Deng*
Michael A DiNardo
Faye Yifei Deng
YK Law, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Email: mdinardo@yklaw.us
Email: fdeng@yklaw.us
Tel: (213) 401-0970
Fax: (213) 529-3044

*Attorneys for Plaintiff WICUE USA, INC.*