**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

WICUE USA, INC,
a California Corporation,

                            Plaintiff,

        v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

                          Defendants.

Case No.: 1:24-cv-9029

**Judge Andrea R. Wood**

**Magistrate Judge Keri L. Holleb Hotaling**

**Declaration of Faye Yifei Deng**

I, Faye Yifei Deng, declare as follows:

1.     I am an attorney at law, duly admitted to practice before the Courts of the States of California and New York and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff WICUE USA, INC. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as witness, I could and would competently testify as follows:

2.     Pursuant to the terms of the TRO, Plaintiff served Amazon with a copy of the TRO via email, requesting the removal of the listings associated with the Accused Products. Plaintiff also served the Complaint, the TRO and other relevant documents on Defendants via email and website posting on October 17, 2025. Since and pursuant to the entry of the TRO, Amazon has removed the listings for the Accused Products.

3.     The undersigned respectfully apologizes for filing the motion for preliminary injunction one day after the deadline. The undersigned inadvertently failed to calendar the motion deadline because

the order setting that deadline does not appear on the docket, and it appears that the undersigned may have missed the Notice of Electronic Filing for that order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 23rd day of October 2025 in Los Angeles, California.

/s/ Faye Yifei Deng
Faye Yifei Deng