UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Wicue USA, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified On Schedule A, <br><br> Defendant. | **CASE NO.** 24-cv-9029 <br><br> **Judge**: Honorable Andrea R. Wood <br><br> **Magistrate Judge:** Honorable Keri L. Holleb Hotaling |

### DEFENDANTS' STATUS REPORT

In advance of the October 24, 2025 status conference, Defendants respectfully submit this brief status report to apprise the Court of recent developments.

**I. Procedural Background**

Plaintiff filed the Complaint and an *ex parte* TRO motion on September 26, 2024, seeking, among other relief, a temporary asset restraint, expedited discovery, and alternative service. After supplemental submissions, Plaintiff withdrew its request for an asset restraint. On September 29, 2025, the Court granted the TRO, which was later extended through October 24, 2025. On October 23, 2025, Plaintiff filed a motion for preliminary injunction.

**II. Appearing Defendants**

As of this filing, Defendants NO.21 Shenzhen Xingjidingsheng Consulting Co., Ltd. (d/b/a CheeAonuo) haveo.19 Shenzhen Mailesi Technology Co., Ltd. (d/b/a Vanfun), No.11Shaanxi Anxin Safety Equipment Co., Ltd. (d/b/a Souelyire-AX), No.8 Shenzhen Yueshunxiang Trading Co., Ltd.

1

(d/b/a SOOOO US) and No.19 Dongguan Aonuode Electrical Appliance Technology Co., Ltd. (d/b/a Aonuo) have appeared through counsel and are participating in these proceedings.

### III. Meet and Coner Efforts

On October 23, 2025, the appearing Defendants sent a meet and confer email to Plaintiff's counsel regarding scheduling for the preliminary injunction proceedings. Defendants proposed: (1) a two-month period for limited PI-related discovery; (2) opposition due 14 days after discovery closes; and (3) Plaintiff's reply due 7 days thereafter and asked whether Plaintiff opposes an evidentiary hearing. As of this filing, Plaintiff's counsel has not responded. Defendants will continue their good faith efforts to confer and will promptly report the results of the meet and confer to the Court.

### IV. Anticipated Motion for Sanctions

Defendants also advised Plaintiff of their intent to seek an order to show cause regarding sanctions.

Evidence indicates that, since at least 2021, Plaintiff has maintained a business relationship with one of the appearing Defendants. Yet, in its TRO filings, Plaintiff knowingly and deliberately misled the Court by representing that Defendants operated as a coordinated group concealing their identities and online activities to obtain *ex parte* relief.

Plaintiff knew these statements were false and intended to mislead the court. Defendants believe these misrepresentations materially influenced the Court's decision to grant *ex parte* TRO and are preparing a motion requesting that the Court order Plaintiff to show cause why sanctions should not be imposed.

Respectfully submitted,

Date: October 23, 2025

By: /s/ *Jie Li*
Jie Li, Esq.
Glacier Law LLP
251 S Lake Avenue, Suite 910
Pasadena, CA 91101

jie.li@glacier.law
Tel: +1(626)750-0040

***Attorney for Defendants***