**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Wicue USA, Inc., | **CASE NO.** 24-cv-9029 |
| Plaintiffs, | **Judge**: Honorable Andrea R. Wood |
| v. | **Magistrate Judge:** Honorable Keri L. Holleb Hotaling |
| The Partnerships and Unincorporated Associations Identified On Schedule A, | |
| Defendant. | |

## APPEARING DEFENDANTS' STATUS REPORT

The appearing Defendants, represented by Glacier Law LLP, submit this status report in advance of the November 21, 2025 status hearing.

**I. Status**

The parties completed substantial filings concerning Defendants' show cause motion. Plaintiff then filed a Rule 41(a)(1) notice dismissing the appearing Defendants without conferring. The notice does not state whether the dismissal is with or without prejudice.

**II. Pending Matters**

Defendants agree that the matters Plaintiff referenced in its status report are moot as to the appearing Defendants. Defendants' show cause request for sanctions remains pending.

**III. Requested Action**

A. Defendants respectfully request clarification regarding the effect of the dismissal.

B. Defendants respectfully request a ruling on the pending show cause motion for sanctions.

C. Defendants respectfully request that Plaintiff promptly notify Amazon to reinstate the affected listings and report the status to the Court.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: November 21, 2025 | By: /s/ *Jie Li* |
|  | Jie Li, Esq.<br>Glacier Law LLP<br>251 S Lake Avenue, Suite 910<br>Pasadena, CA 91101<br>jie.li@glacier.law<br>Tel: +1(626)750-0040 |
|  | ***Attorney for Defendants*** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2025, this was filed with the Clerk of the Court using CM/ECF, and that all counsel of record is being served in accordance with the Federal Rules of Civil Procedure.

                                                         /s/ *Jie Li*
                                                         Jie Li, Esq.