# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Wicue USA, Inc.

                                                Plaintiff,

v.

                                                Case No.: 1:24−cv−09029

                                                Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 21, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 11/21/2025. The Court confirms on the record that the appearing Defendants listed in the notice of voluntary dismissal [81] have been dismissed without prejudice. In light of the dismissal, the appearing Defendants' supplemental submission regarding insufficiency of the $10,000 bond [70] is terminated as moot. Plaintiff is directed to submit an updated proposed preliminary injunction order. By 12/1/2025, the parties are directed to meet and confer and file a status report setting forth: (1) confirmation on whether the parties have agreed upon a resolution of this dispute, including any request for fees and sanctions [59], and (2) if an agreement has not been reached, the parties shall identify the remaining issues, including any request by the appearing Defendants for relief. Telephonic status hearing set for 12/16/2025 at 11:00 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.