# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WICUE USA, INC, a California Corporation, <br><br> Plaintiff, <br> V. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A a Foreign Entity <br><br> Defendants | Case No. 1:24-cv-09029 <br><br> Judge Andrea R. Wood <br><br> Magistrate Judge Keri L. Holleb Hotaling |

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Wicue USA, Inc. ("Plaintiff") hereby respectfully requests that the Clerk enter default in this matter against Defendants ROLWAY Direct, YiQun, zhongke us, SchwarzMarkt, PYTTUR, Bulaisite SmartToys, ZENZAL, buildhomes, hechenmaoyiyouxiangongsi (collectively "Defendants") on the following grounds:

1. On September 26, 2024, Plaintiff initiated this action by filing the Complaint against the Partnerships and Unincorporated Associations identified on Schedule A, including the Defendants. (Dkt. No. 1).

2. On September 29, 2025, this Court entered a Temporary Restraining Order against the Defendants. (Dkt. No. 30).

3. On October 17, 2025, this Court issued a Summons for the Defendants. (Dkt. No. 41).

4. On October 17, 2025, Defendants were electronically served with the Complaint, Alias Summons, Temporary Restraining Order, and other relevant documents pursuant to the TRO. (Dkt. No. 44).

5. Pursuant to Federal Rule 12(a)(1)(A), Defendants' Answer to the Complaint was due on November 7, 2025. To date, Defendants have failed to answer or otherwise plead in this action.

6. Defendants are Chinese entities/individuals and could not be active-duty members of the U.S. armed forces.

7. The above-stated facts are set forth in the accompanying Declaration of Faye Yifei Deng attached hereto as **Exhibit A**.

8. Plaintiff respectfully requests that the Clerk of Court enter default against Defendants.

Date: November 24, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Faye Yifei Deng*
　　　　　　　　　　　　　　　　　　　　　Michael A. DiNardo
　　　　　　　　　　　　　　　　　　　　　Faye Yifei Deng
　　　　　　　　　　　　　　　　　　　　　YK Law LLP
　　　　　　　　　　　　　　　　　　　　　445 S Figueroa Street, Suite 2280
　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90071
　　　　　　　　　　　　　　　　　　　　　Telephone: (213) 401-0970
　　　　　　　　　　　　　　　　　　　　　Email: mdinardo@yklaw.us
　　　　　　　　　　　　　　　　　　　　　Email: fdeng@yklaw.us

　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff WICUE USA, INC.*