UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WICUE USA, INC, <br><br> Plaintiff, <br> V. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A <br><br> Defendants | Case No. 1:24-cv-09029 <br><br> Judge Andrea R. Wood <br><br> Magistrate Judge Keri L. Holleb Hotaling |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**
**AGAINST ALL REMAINING DEFENDANTS**

Plaintiff Wicue USA, Inc. ("Plaintiff"), by its counsel, moves this Honorable Court to enter Default Judgment against all remaining Defendants. In support of this Motion, Plaintiff submits the accompanying Memorandum and a declarations of Shawn Shi and Faye Yifei Deng.

Date: December 22, 2025

Respectfully submitted,

/s/ *Faye Yifei Deng*
Michael A. DiNardo
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: mdinardo@yklaw.us
Email: fdeng@yklaw.us

*Attorney for Plaintiff WICUE USA, INC.*