UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WICUE USA, INC,

    Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants

Case No. 1:24-cv-09029

Judge Andrea R. Wood

Magistrate Judge Keri L. Holleb Hotaling

## Declaration of Shawn Shi

I, Shawn Shi, declare as follows:

1. This declaration is based on my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am currently the *Legal Director* for Plaintiff Wicue USA, Inc. ("Plaintiff"). I am knowledgeable about or have access to Plaintiff's business operations, licensing practices, financial records relating to the patent-in-suit, and practices in the LED writing device industry. I make this declaration from matters within my own knowledge, save where otherwise stated.

3. Had any Defaulting Defendant approached Plaintiff to negotiate a license for the patent-in-suit, Plaintiff would not have accepted a royalty rate lower than that paid by its affiliate for use of the same patent. A true and correct copy of Plaintiff's license to its affiliate is attached hereto as **Exhibit 1**.

4. Plaintiff's gross profit margin for the sales of products covered by the patent-in-suit over the past five years ranges from 24.74% to 33.08%.

5. The gross profit margin for other sellers of similar LED writing devices ranges from 10% to 23%.

I declare under the penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of December 2025 in Shenzhen, China.

*[signature]*

Shawn Shi