UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WICUE USA, INC, <br><br> Plaintiff, <br> V. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants | Case No. 1:24-cv-09029 <br><br><br> Judge Andrea R. Wood <br><br> Magistrate Judge Keri L. Holleb Hotaling |

**Declaration of Faye Yifei Deng**

I, Faye Yifei Deng, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Wicue USA, Inc. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as witness, I could and would competently testify as follows:

2. I hereby certify that none of the Defaulting Defendants (as defined in the accompanying Memorandum) have filed an answer or otherwise pled in this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A). By choosing not to participate in this case, Defaulting Defendants have failed to produce any documents or information for: (1) showing costs, cost allocations, revenues, and profits of Defaulting Defendants for the last five years; (2) sales data, (3) every financial account used by Defaulting Defendants to receive sales proceeds for the Infringing Products, and (4) license and settlement agreement.

3. My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the registrant of each associated e-commerce store operating under the Seller

Aliases and its contact information. Our investigation confirmed that the Defaulting Defendants are entities primarily domiciled in China. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

4. Limited information provided by Amazon indicates that the known revenue generated by some Defaulting Defendants from the sale of the Infringing Product is up to at least $2,659,417. Additionally, according to sales data provided by Amazon, the Defaulting Defendants collectively sold a combined 459,602 units of Infringing Products, generating total sales of $5,764,601.23.

5. A breakdown by Defaulting Defendants identified on Schedule A of the infringing unit sold, known infringing product revenue, and Plaintiff's royalty is in the table below.

| Defaulting Defendant Name | Unite Sold | Infringing Revenue | Reasonable Royalty |
|---|---|---|---|
| ROLWAY Direct | 147,255 | $1,556,569.59 | $155,656.96 |
| QIANGQIBING | 42,161 | $420,555.77 | $42,055.58 |
| zhongke us | 9,750 | $162,945.25 | $16,294.53 |
| SchwarzMarkt | 183,062 | $2,659,418.03 | $265,941.80 |
| PYTTUR | 25,943 | $428,282.12 | $42,828.21 |
| Bulaisite SmartToys | 4,025 | $24,347.72 | $2,434.77 |
| ZENZAL | 22,931 | $252,387.77 | $25,238.78 |
| buildhomes | 4,573 | $37,137.08 | $3,713.71 |
| hechenmaoyiyouxiangongsi | 19,902 | $222,957.90 | $22,295.79 |

6. Attached as Exhibit 1 is a correct and true English translation of the license agreement.

I declare under the penalty of perjury of the laws of the U.S. that the foregoing is true and correct.

Respectfully submitted on this 22nd day of December 2025.

           /s/ *Faye Yifei Deng*
Michael A DiNardo, Esq.
Faye Yifei Deng
YK Law, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071